**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

IN RE: A.R., MINOR CHILD       :  No. 340 WAL 2017
                                     :

PETITION OF: L.T., BIRTH FATHER   :  Petition for Allowance of Appeal from
                                     :  the Order of the Superior Court

## ORDER

**PER CURIAM**

     **AND NOW**, this 25th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.